GOODIN *v.* POPE & FLEMING.

This case came before this court upon a writ of error from the superior
court of Jefferson County; and the question being as to whether the
court erred in setting aside the verdict and judgment rendered there-
in, and being for decision by a full bench of six Justices, who are
equally divided in opinion, Russell, C. J., and Atkinson and Gilbert,
JJ., being of the opinion that the court erred, and Beck, P. J., and
Hill and Hines, JJ., being of the contrary opinion, the judgment of
the court below stands affirmed by operation of law.
      No. 3285. MARCH 1, 1923.

Equitable petition. Before Judge Hardeman. Washington su-
perior court. May 29, 1922.

*M. C. Barwick,* for plaintiff in error.

*W. H. Fleming, Roy V. Harris,* and *John M. Graham,* contra.